■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHELLE D. FERGUSON, Respondent.—Order unanimously affirmed. Memorandum: The People, pursuant to CPL 450.20 (8) and 450.50, appeal from an order which granted defendant's motion to suppress evidence seized from her apartment. The findings of fact made by the suppression court are supported in the record and demonstrate that the police failed to give defendant notice of their authority and purpose prior to the arrest and seizure (CPL 120.80 [4]). The statutory exceptions do not apply because the hearing record reveals the police had no reason to believe that defendant was armed or that she would escape or destroy evidence. The People's reliance upon the exigency of hot pursuit is misplaced. There was no evidence presented that defendant fled from the police (see, People v Levan, 62 NY2d 139; cf. United States v Santana, 427 US 38). The evidence seized, therefore, was properly suppressed (see, People v Floyd, 26 NY2d 558; People v Frank, 35 NY2d 874, revg on dissenting opn at 43 AD2d 691, 692-694; People v Mecca, 41 AD2d 987). (Appeal from order of Oneida County Court, Murad, J.—suppression.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE WILLIAMS, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the evidence of "physical injury" (Penal Law § 10.00 [9]) was insufficient to support his second degree assault conviction (Penal Law § 120.05 [2]). Two abdominal stab wounds measuring one by one-half centimeters long, which were treated with sutures and bandages, constitute physical injuries (see, People v Ruttenbur, 112 AD2d 13; People v Starling, 104 AD2d 742). We have examined defendant's remaining argument and find it to be meritless. (Appeal from judgment of Supreme Court, Erie County, Flynn, J.—assault, second degree, and criminal possession of weapon, fourth degree.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.